1  Robert V. Closson, Esq. (SBN 125646)
   bclosson@hirschclosson.com
2  Lisa G. Shemonsky Esq. (SBN 116221)
   lshemonsky@hirschclosson.com
3  HIRSCH CLOSSON, APLC
   5030 Camino de la Siesta, Suite 300
4  San Diego, CA 92108
5  Telephone: (619) 233-7006
   Fax: (619) 233-7009
6
   Attorneys for Defendant
7  AMTRUST INTERNATIONAL UNDERWRITERS LIMITED

8  Jon S. Brick
   jsb@sbrlawsd.com
9  SCHULZ, BRICK & ROGASKI
   600 West Broadway, Suite 960
10 San Diego, CA92101
   Telephone: (619) 234-3660
11 Fax: (619) 234-0626

12 Attorney for Plaintiff
   CONTRACTORS BONDING INSURANCE COMPANY
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16 CONTRACTORS BONDING INSURANCE     )
   COMPANY                           )  Case Number: 3:20-CV-03248-RS
17                                   )
              Plaintiff(s),          )  **JOINT STIPULATION AND ORDER TO**
18                                   )  **EXTEND TIME TO HEAR ORAL**
        vs.                          )  **ARGUMENT ON CROSS MOTIONS**
19                                   )  **FOR SUMMARY JUDGMENT**
20 AMTRUST INTERNATIONAL             )
   UNDERWRITERS LIMITED              )
21                                   )  Complaint Filed: June 13, 2020
                                     )  Hon. District Judge Richard Seeborg
22            Defendant(s).          )
                                     )
23                                   )
                                     )
24 _____  )

25

26       The parties to the above-entitled action jointly submit this JOINT STIPULATION TO

27 EXTEND TIME TO HEAR ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY

28 JUDGMENT pursuant to CIVIL LOCAL RULES 6-2 and 7-12.

Page **1** of **3**

1  WHEREAS, on August 20, 2020, the parties attended an Initial Case Management Conference.

WHEREAS, at the Case Management Conference, the Court set the date for hearing of the Dispositive Motions on January 14, 2021 at 10:00 a.m. in Courtroom 3, 17th floor, United Courthouse, 450 Golden Gate Avenue, San Francisco, CA.

WHEREAS, Counsel for AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, will be one of multiple speakers at a seminar through The Seminar Group entitled "WRAP Insurance" which date was confirmed following the Case Management Conference.

WHEREAS, AMTRUST's counsel contacted CBIC's counsel on September 24, 2020 who agreed, due to the conflict, to extend the hearing date for one or two weeks to either January 21, 2021 or January 28, 2021 at 10:00 a.m.

NOW THEREFORE, GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The hearing date on Dispositive Motions shall be extended to January 28, 2021 at 1:30 p.m.

IT IS SO STIPULATED:

Dated: September 30, 2020

/s/ Lisa G. Shemonsky
Robert V. Closson, Esq.
Lisa G. Shemonsky, Esq.
Attorneys for Defendant
Amtrust International Underwriters Limited

Dated: September 30, 2020

/s/Jon S. Brick
Peter R. Schulz. Esq.
Jon S. Brick, Esq.
Attorney for Plaintiff
Contractors Bonding Insurance Company

| | |
|---|---|
| 1 | JOINT STIPULATION AND ORDER |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the new hearing date |
| 3 | for Dispositive Motions in the above matter is January __28__, 2021 at 1:30 pm. |
| 4 | |
| 5 | DATED: 9/30/2020 |
| 6 | UNITED STATES DISTRICT JUDGE<br>Richard Seeborg |